Imran F. Vakil, Esq. (Bar No. 248859)
ivakil@nexiolaw.com
**NEXIO, PC**
245 Fischer Avenue
Suite C3
Costa Mesa, CA 92626
Phone: (949) 478-6830
Facsimile: (949) 478-1275
*Attorneys for Plaintiff,*
*Live Face On Web, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIVE FACE ON WEB, LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JAMES E. JACOBSON; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. _______________<br>(Temp Case No. 2:16-at-1399)<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Live Face on Web, LLC ("**LFOW**"), by and through its attorneys of record, complains against James E. Jacobson ("**Jacobson**" or "**Defendant**") and DOES 1-10 inclusive ("**DOES**")(collectively "**Defendants**") as follows:

## JURISDICTION AND VENUE

1. This is a civil action for copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 et seq. This Court has subject matter jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

2. As set forth herein, Defendant has used and distributed LFOW's software and/or infringing derivative works thereof on the website(s) located at drjacobsondds.com ("**Defendant's website**" or "**drjacobsondds.com**"), which are the subject of U.S. Copyright Registrations. Upon information and belief, Jacobson owns, operates, and/or controls Defendant's website.

3. This Court has personal jurisdiction over Jacobson because it has conducted business in and continues to conduct business in this District. Defendant is subject to the general and specific personal jurisdiction of this Court because of its continuous and systematic contacts with the State of California and this District.

4. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and the injury suffered by Plaintiff took place in this Judicial District.

## PARTIES

5. Plaintiff LFOW is a limited liability company incorporated and existing under the laws of Pennsylvania, with its principal place of business 1300 Industrial Boulevard, Suite 212, Southampton, PA 18966.

6. Defendant Jacobson, is an individual with a principal place of business at 2020

Coffee Road, Suite F-3, Modesto, CA 95355. Defendant Jacobson is the registered owner of the drjacobsondds.com domain(s).

7. DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained. Plaintiff is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

## FACTS COMMON TO ALL COUNTS

### Plaintiff's Business and Copyrighted Technology

8. LFOW is a software company specializing in borderless video technology. LFOW is the developer and owner of "live person" software, which is an original work of authorship independently created by LFOW ("**LFOW Code**").

9. The LFOW Code allows a company to display a video of a "walking" and "talking" personal host who introduces a website to an online visitor. The personal host is, in effect, a web spokesperson for the specific company for whom the video has been created. Typically the web spokesperson explains a company's products and/or services and directs a visitor's attention to a particular product or aspect of the website. The LFOW Code is representative of LFOW's advertising idea: LFOW (and its customers) advertise services and solicit business through the use of a website spokesperson, which is typically tailored to specific goods and services found on the associated website.

10. The LFOW Code enables a company to customize and dynamically modify settings and functionality of the web spokesperson. By way of example, a customer utilizing the LFOW Code can: (a) manipulate the positioning of the web spokesperson on its website and select between static, relative or dynamic positioning features; (b) adjust the delay between the time an online visitor enters the website and the start time of the web

spokesperson's presentation; (c) select the number of times a video presentation plays for each particular visitor; and (d) select "click on me" functionality that directs a user to a predetermined page or section of the website which promotes goods or services and/or reinforces the image and brand of the customer.

11. The LFOW Code seeks to enhance a web site by using a real spokesperson to capture, hold and prolong the attention of the average online visitor, enhancing the ability of the website to advertise specific goods and services. This technique has a direct positive impact on sales and/or the brand, public image and reputation of any company that has an online presence.

12. Generally speaking, the LFOW Code can be implemented by LFOW's customers by modifying the HTML code of the LFOW customer's website. An HMTL script tag is embedded in the HTML code of the LFOW customer's website, which links the LFOW customer's website to a copy of the LFOW Code. An LFOW customer has the option of storing the copy of the LFOW Code on the same webserver(s) as the customer's website, or storing the copy of the LFOW Code on a different webserver(s) than the website. Many of LFOW's customers choose to have the copy of the LFOW Code stored on LFOW's webservers.

13. Regardless of the particular webserver(s) where the LFOW Code is stored, the functionality and result is the same. When a web browser is directed to a website linked to the LFOW Code, the embedded HTML script tag is read by the web browser and causes the automatic distribution of a copy of the LFOW Code. The LFOW Code is automatically saved by the web browser into cache, and/or a hard drive(s), and loaded into computer memory and/or RAM (random access memory). As a result of the distribution of the LFOW Code, the specific web spokesperson video is automatically launched and displayed to advertise on the associated website.

14. The LFOW Code has been consistently licensed to customers for a monthly license fee by LFOW. LFOW also charges additional fees for other services associated with the provision of the LFOW Code in addition to the monthly license fee.

15. LFOW has registered the LFOW Code. Pertinent to this action, on December 20, 2007, LFOW duly registered the copyright in the LFOW Code version 7.0.0, prior to the publication of version 7.0.0, in the United States Copyright Office, as evidenced by the certificate of registration for TXu001610441, which was issued by the Register of Copyrights. A true and correct copy of the certificate of registration is attached hereto as **Exhibit A**, and a true and correct copy of the deposit work for TXu001610441 is attached hereto as **Exhibit A1**.

## Defendant's Copyright Infringement

16. Defendant owns, and/or operates and/or controls the drjacobsondds.com website(s). A copy of the HTML source code for the Defendant's website is found at **Exhibit B**.

17. Defendant's website advertises and promotes the products and/or services of Defendant.

18. Upon information and belief, Defendant has used a web spokesperson video to promote Defendant's products and/or services.

19. Upon information and belief, in order to display the web spokesperson video on Defendant's website, Defendant used and distributed, without permission, and therefore infringed upon, the infringing version of the LFOW Code.

20. Upon information and belief, Defendant has the right and ability to modify its own website or to have its website modified on Defendant's behalf.

21. Upon information and belief, Defendants copied and stored an infringing version of the LFOW Code on the webserver(s) for drjacobsondds.com.

22. Upon information and belief, in order to implement and distribute the infringing version of the LFOW Code, Defendant's website was modified by or on behalf of Defendant to include the following website source code and/or text, shown in Exhibit B: http://www.drjacobsondds.com/walk_on/jacobson.js?swf=http://www.drjacobsondds.com/walk_on/jacobson.swf&flv=http://www.drjacobsondds.com/walk_on/jacobson.flv&start=n

ormal&close=close&play_when=1&align_right=true&show_loading=no&width=480&height=360&vlm=80&x_off=170. This modification links the Defendant's website to the file "Jacobson.js" an infringing version of the LFOW Code, which was stored on Defendant's webserver(s). A copy of "Jacobson.js" is found at **Exhibit C**.

23. As a result of the modification to the Defendant's website referenced above, when a web browser retrieves a page from the Defendant's website, a copy of the infringing version of the LFOW Code is distributed by Defendant to the website visitor and stored on the visitor's computer in cache, memory and/or its hard drive. Accordingly, each visit to the Defendant's website is a new act of copyright infringement.

24. The infringing version of the LFOW Code, shown at Exhibit C is strikingly similar (and at the very least substantially similar) to the LFOW Code, and includes one or more instances of "LFOW," which is a reference to LFOW. The infringing version of the LFOW Code also includes the unique prefixes "lf_," which were arbitrarily chosen by LFOW to mark its code and indicate LFOW's unique and original code. There is no functional value to the use of the letters "LFOW" or "lf_" in the LFOW Code. Instead, these were both chosen as references to LFOW and its code.

25. The web spokesperson video that launches on Defendant's website is a result of Defendant's distribution of the infringing version of the LFOW Code, which advertises and promotes the products and/or services of Defendant, encouraging the website viewer to purchase and/or use Defendant's products and/or services, thereby providing a monetary benefit to Defendant. Thus, Defendant's copyright infringement of the LFOW Code is in its advertising, and the infringement is for the purpose of advertising its products and/or services.

26. Defendant intends for a copy of the infringing version of the LFOW Code to be distributed to website visitors in its advertising, as this is necessary for the video spokesperson to appear on the screen of the website visitor. The volitional distribution of the infringing version of the LFOW Code by Defendant to its website visitors is seamless and transparent for the website visitors, who are able to view the video spokesperson

advertising Defendant's products and/or services by virtue of receiving the copy of the infringing version of the LFOW Code.

27. Defendant profits directly from and have a direct financial interest in the infringement, because the use of the infringing version of the LFOW Code allows Defendant to more effectively promote and sell its products and/or services by capturing, holding and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or the brand, public image and reputation of Defendant.

28. The infringing version of the LFOW Code is a sales and advertising tool for Defendant to generate revenues and profits and, upon information and belief, the use and misuse of the infringing version of the LFOW Code by Defendant did in fact generate revenues and profits for Defendant, as more fully described below.

29. Defendant unlawfully and continuously used the infringing version of the LFOW Code on unauthorized Web Page(s), for which Defendant did not pay applicable license fees and video production fees to LFOW.

30. The unlawful use, reproduction and/or distribution of the infringing version of the LFOW Code on the Defendant's website constitutes infringement of LFOW's intellectual property rights, including, without limitation, LFOW's registered copyrighted material(s).

31. As a result of foregoing conduct of Defendant, LFOW has suffered significant harm and loss.

32. Upon information and belief, Defendant actively induced end users to visit its website(s), and thereafter distributed the infringing version of the LFOW Code to end users (e.g. website visitors) numerous times. The actual number can only be ascertained through discovery.

33. Defendant has caused, enabled, facilitated, and/or materially contributed to the infringement by, inter alia, distributing copies of the infringing version of the LFOW Code to each visitor via the Defendant's website and refused to exercise its ability to stop the infringement made possible by the modification and continuous operation of its website(s).

34. As the owner of the registered copyright in the LFOW Code, LFOW has an interest in protecting its rights against such copyright infringement.

35. Under the authority of 17 U.S.C. § 504, LFOW is entitled to elect either to recover actual damages or statutory damages against Defendant for each act of copyright infringement. LFOW intends to pursue actual damages unless otherwise indicated before the election period ends.

**FIRST CLAIM FOR RELIEF**

(**Copyright Infringement, 17 U.S.C. § 501 Against all Defendants**)

36. Plaintiff LFOW incorporates here by reference the allegations in the preceding paragraphs above, as set forth fully herein.

37. This claim arises under 17 U.S.C. § 501 for direct and/or vicarious infringement of registered copyright(s) as against the Defendants named in this Complaint.

38. LFOW is the owner of all rights, title and interest in valid copyright registration TXu001610441, which substantially consists of material wholly original with Plaintiff and which are copyright subject matter under the laws of the United States. LFOW has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. §§ 101 et seq., and all other laws of the United States governing copyrights to secure the exclusive rights and privileges in and to the copyrights of the items identified herein.

39. The infringing version of the LFOW Code used and distributed by Defendant is at least substantially similar to the LFOW Code protected by TXu001610441.

40. Defendant, through its agent(s), vendor(s), officer(s), and/or employee(s), modified Defendant's website to cause the copying, use and distribution of the infringing version of the LFOW Code, and unless enjoined, Defendant will continue to infringe LFOW's copyright by reproducing, displaying, distributing and utilizing the infringing version of the LFOW Code for purposes of trade in violation of 17 U.S.C. § 501 et seq.

41. The past and ongoing copying, use and distribution of the infringing version of the LFOW Code by Defendant results in actual damage to LFOW, including but not limited

to the loss of licensing revenue lost as a result of Defendant's infringement.

42.     Defendant's acts are and were performed without the permission, license or consent of LFOW.

43.     Defendant has profited from and have a direct financial interest in the infringement, because the use of the infringing version of the LFOW Code allows Defendant to more effectively promote and sell its product(s) and/or service(s) on its own website(s) by capturing, holding, and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or brand, public image and reputation of Defendant.

44.     Because Defendant owns, operates and/or controls its website, Defendant also has the right and ability to supervise and control the infringement and infringer by virtue of its ownership and control of its own website, but failed to do so.

45.     The wrongful acts of Defendant has caused, and is causing, great injury to LFOW, of which damages cannot be accurately computed, and unless this Court restrains the Defendant from further commission of said acts, LFOW will suffer irreparable injury, for which it is without an adequate remedy at law.  Accordingly, LFOW seeks a declaration that Defendant is infringing LFOW's copyright and an order under 17 U.S.C. § 502 enjoining the Defendant from any further infringement of LFOW's copyright(s).

46.     As a result of the acts of Defendant as alleged herein, LFOW has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

47.     Irreparable harm and injury to LFOW are imminent as a result of Defendant's conduct and LFOW is without an adequate remedy at law.

48.     Pursuant to 17 U.S.C. § 502(a), LFOW is entitled to an injunction restraining Defendant, its employees and agents, and all other persons acting in concert with Defendant, from engaging in any further improper acts.

49.     Pursuant to 17 U.S.C. §§ 503(a) and 503(b), LFOW is entitled to an order

impounding the infringing articles and the means by which such infringing articles were produced and/or reproduced.

50. Pursuant to 17 U.S.C. § 504, LFOW is also entitled to recover actual damages and any profits of Defendant, or, alternatively, to recover statutory damages of up to $150,000 for each work infringed. Again, LFOW intends to pursue actual damages unless otherwise indicated before the election period ends.

51. Pursuant to 17 U.S.C. § 505, LFOW is entitled to an award of attorneys' fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1. Finding Defendant liable for copyright infringement by virtue of Defendant's past and ongoing unauthorized use of LFOW's Software;

2. Finding Defendant's copyright infringement to be voluntary and intentional violation of Defendant's known duties, and therefore willful;

3. Finding LFOW to have suffered, and to continue suffering harm that is irreparable and otherwise without an adequate remedy at law;

4. A permanent injunction under 17 U.S.C. §§502 and 503, enjoining Defendant, its officers, agents, servants, employees, and all person in active concert or participation with them, from further infringement, including but not limited to the cessation of operation of Defendant's website;

5. An award of damages against Defendant under §504;

6. An order requiring an accounting be made for all profits, income, receipts or other benefit derived by Defendant from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b);

7. Requiring Defendant to account for and pay over to Plaintiff all profits derived

by Defendant from its acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b);

8. An award under 17 U.S.C. § 505 allowing recover of the full costs of this action, including LFOW's reasonable attorneys' fees and costs;

9. That all DOES who have acted in concert with Defendant be held jointly and severally liable; and

10. That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated: November 15, 2016

**NEXIO, PC**

By: ______________________________

Imran F. Vakil
*Attorneys for Plaintiff,*
*Live Face on Web, LLC*

## DEMAND FOR JURY TRIAL

Plaintiff Live Face On Web, LLC hereby demands trial by jury of all issues so triable under the law.

Dated: November 15, 2016

**NEXIO, PC**

By:____________________________________

Imran F. Vakil

*Attorneys for Plaintiff,*

*Live Face on Web, LLC*

# EXHIBIT "A"



**Additional Certificate (17 U.S.C. 706)**

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number:**
TXu 1-610-441

**Effective date of registration:**
December 20, 2007

## Title

**Title of Work:** LIVE FACE ON WEB, LLC -- Javascript Version 7.0.0

## Completion/ Publication

**Year of Completion:** 2007

## Author

- **Author:** Live Face on Web, LLC

  **Author Created:** New text; chancfes in existinq text.

  **Work made for hire:** Yes

  **Citizen of:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Live Face on Web, LLC

1300 Industrial Blvd., Suite 202, SouthamiDton., PA, 18966

## Limitation of copyright claim

**Material excluded from this claim:** Prior versions of this work.

**Previously registered:** No

**New material included in claim:** New text; changes to existing text.

## Certification

**Name:** Tristram R. Fall, III, authorized agent of Live Face on Web, LLC

**Date:** December 13, 2007

**Registration #:**   TXU001610441

**Service Request #:**  1-41681852

Fox Rothschild LLP
Tristram Fall, III, Esquire
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291

**EXHIBIT “A1”**



# COPY OF DEPOSIT

# TXu 1-610-441

```
// ---------- Do Not Remove ----------
// Copyright 2007 LiveFaceOnWeb, LLC
// Version: 7.0.0
// Date: 10/02/2007
// End User License Agreement Location: http://www.livefaceonweb.com/eula.htm
//
/////////////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////////////////////////////
/////////////////// User defined parameters and instructions //////////////////
/////////////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////////////////////////////
//
// Below enter the URL location where the files are residing
// Example: var lf_URL = 'http://www.livefaceonweb.com/';
// In the above example, LiveFaceOnWeb Presentaton files are located at the root
level of http://www.livefaceonweb.com
var lf_URL = '';
// Below select from a choice of Static, Relative, or Dynamic position for the
LiveFaceOnWeb Presentation
// 1 = Static Position, LiveFaceOnWeb Presentation would be in a fixed location
// 2 = Relative Position, LiveFaceOnWeb Presentation would be located where the
script is called from on the webpage
// 3 = Dynamic Position, LiveFaceOnWeb Presentation would float as the page
scrolls
// Example: var lf_Position = 3;
// In the above example, LiveFaceOnWeb Presentation would float as with page
scrolls
var lf_Position = 3
// Below enter LiveFaceOnWeb Presentation OffSet Position
// OffSet Position specifies the top and the left position for Static and
Relative Positions only
// Example: var lf_OffSet_Top_Position = 50; and var lf_OffSet_Left_Position =
0;
// In the above example, LiveFaceOnWeb Presentation would be placed 50 pixels
from the top and 0 pixels to the left of the browser screen
var lf_OffSet_Top_Position = 0;
var lf_OffSet_Left_Position = 0;
// Below select the preset Dynamic position for LiveFaceOnWeb Presentation
// 1 = Top left of the browser screen
// 2 = Top right of the browser screen
// 3 = Bottom left of the browser screen
// 4 = Bottom right of the browser screen
// 5 = Middle of the browser screen
// 6 = Top Middle of the browser screen
// 7 = Right Middle of the browser screen
// 8 = Bottom Middle of the browser screen
// 9 = Left Middle of the browser screen
// Example: var lf_Position = 4;
// In the above example, LiveFaceOnWeb Presentation would be placed at bottom
right of browser screen
var lf_Position_Dynamic = 4;
// Below enter the delay lenght in seconds before LiveFaceOnWeb Presentation
appears
// Example: var lf_tDLB = 5;
// In the above example. LiveFaceOnWeb Presentation would appear after 5 seconds
// Example: var lf_tDLB = 0;
```

COPYRIGHT © 2007 LIVE FACE ON WEB, LLC. ALL RIGHTS RESERVED.

```
// in the above example, LiveFaceOnWeb Presentation would appear instantly
var lf_tDLB = 0;
// Below enter the amount of seconds LiveFaceOnWeb Presentation appears after it
has completed playing
// Example: var lf_TimeDelayAfter = 0;
// In the above example, this option would be disabled
// Example: var lf_tDLA = 5;
// In the above example, LiveFaceOnWeb Presentation would close 5 seconds after
it has completed playing
var lf_tDLA = 0;
// Below select how LiveFaceOnWeb Presentation should appear for the same
visitor
// 1 = Play everytime
// 2 = Play ones per visitors session
// 3 = Play in so many days
// Example: var lf_PresPlay = 1;
// In the above example LiveFaceOnWeb Presentation would play every time
// Example: var lf_PresPlay = 3; and var lf_PresPlayDays = 1;
// In the above example LiveFaceOnWeb Presentation would play ones every day
var lf_PresPlay = 1;
var lf_PresPlayDays = 0;
// Below enable the Click-On-Me Functionality for LiveFaceOnWeb Presentation
// Example: var lf_cOMW = 1;
// In the above example, Click-On-Me Functionality is enabled for LiveFaceOnWeb
Presenation
// Example: var lf_cOMW = 0;
// In the above example, Click-On-Me Functionality is disabled for LiveFaceOnWeb
Presenation
var lf_cOMW = 0;
// Below enter the Click-On-Me Functionality URL
// Example: var lf_cOMURL = 'http://www.livefaceonweb.com'
// In the above example, when a visitor would click on LiveFaceOnWeb Presenation
they would be redirected to http://www.livefaceonweb.com
var lf_cOMURL = '';
// Below select Click-On-Me Functionality Window Settings
// Example: var lf_cOMWP = 1;
// In the above example, the redirect window would be opened as a new browser
screen
// Example: var lf_cOMWP = 0;
// In the above example, the redirect window would be opened in the same browser
screen
var lf_cOMWP = 0;
// Below enable the Fade-In Effect
// Example: var lf_fIE = 1;
// In the above example, Fade-In Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fIE = 0;
// In the above example, this option would be disabled
var lf_fIE = 1;
// Below enter the duration of Fade-In Effect in seconds
// Example: var lf_fIET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-In in 5 seconds
var lf_fIET = 1;
// Below select LiveFaceOnWeb Presenation play status while Fade-In Effect is
active
// Example: var lf_fIET = 1;
```

```
// In the above example, LiveFaceOnWeb Presenation would play after the Fade-In
Effect has completed
// Example: var lf_fIET = 0;
// In the above example, LiveFaceOnWeb Presenation would play while the Fade-In
Effect is occuring
var lf_fIEP = 1;
// Below enable Fade-Out Effect
// Example: var lf_fOE = 1;
// In the above example, Fade-Out Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fOE = 0;
// In the above example, this option would be disabled
var lf_fOE = 1;
// Below enter the duration of Fade-Out Effect in seconds
// Example: var lf_fOET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-Out in 5 seconds
var lf_fOET = 1;
// Below enable Play-Button Functionality to appear first at the bottom left
corner
// Example: var lf_pBBE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear first at the bottom left corner
// Example: var lf_pBBE = 0;
// In the above example, this option would be disabled
var lf_pBBE = 0;
// Below enable Play-Button Functionality to appear first on top of the model
// Example: var lf_pBBBOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation and appear first and on top of the model
// Example: var lf_pBBBOF = 0;
// In the above example, this option would be disabled
var lf_pBBBOF = 0;
// Below enable Play-Button Functionality to appear after LiveFaceOnWeb
Presenation has completed in the bottom left corner
// Example: var lf_pBAE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation after it has completed and appears on the bottom left corner
// Example: var lf_pBAE = 0; disables the Play Button Function after the
presentation ends
// In the above example, this option would be disabled
var lf_pBAE = 0;
// Below enable Play-Button Functionality to appear on top of the model after
LiveFaceOnWeb Presenation has completed
// Example: var lf_pBAOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear on top of the model after LiveFaceOnWeb Presenation has
completed
// Example: var lf_pBAOF = 0;
// In the above example, this option would be disabled
var lf_pBAOF = 0;
// Below enable the Roll-Over-To-Play Effect
// Example: var lf_rOTPE = 1;
// In the above example, Roll-Over-To-Play Effect is enabled on LiveFaceOnWeb
Presenation
// Example: var lf_rOTPE = 0;
// In the above example, this option would be disabled
var lf_rOTPE = 0;
```

```
// Below enter the Complete URL for the SWF to be active within Roll-Over-To-
Play Effect
// Example: var lf_rOTPURL = 'http://www.livefaceonweb.com/test.swf';
// In the above example, SWF file for Roll-Over-To-Play Effect is located at
http://www.livefaceonweb.com/test.swf
var lf_rOTPURL = '';
// Below enable the Frame-Hold Effect
// Example: var lf_sFRAME = 7; shows the 7th frame while fade in/out, play
button, and roll over effects
// In the above example, LiveFaceOnWeb Presentation shows 7th frame while Fade-
In/Fade-Out, Play-Button, and Roll-Over-To-Play Effects occur
// Example: var lf_sFRAME = 0;
// In the above example, this option would be disabled
var lf_sFRAME = 0;
// Below enter LiveFaceOnWeb.com Affiliate ID
// Example: var affiliateID = '80961c09';
var lf_AffiliateID = '';

////////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////////
///////////////////  Do not change the parameters below  ///////////////////////
////////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////////

var lf_SWF_File_Width = 200;
var lf_SWF_File_Height = 220;
var lf_ID = '100000505';

var lf_divHorPos = 0;
var lf_divVerPos = 0;
var lfVersion = -1;
var arrNavInfo = [];
var lfString;
var lfParamString;
var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
```

```
} else {
    arrNavInfo[0] = 'na';
    arrNavInfo[1] = 'an unknown browser';
}
if (navigator.plugins != null && navigator.plugins.length > 0)
{
    if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave
Flash']) {
        var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
        var lfDescription = navigator.plugins['Shockwave Flash' +
swVer2].description;
        var descArray = [];
        var tempArrayMajor = [];
        var versionMajor = [];
        var tempArrayMinor = [];
        var versionMinor;
        descArray = lfDescription.split(' ');
        tempArrayMajor = descArray[2].split('.');
        versionMajor = tempArrayMajor[0];
        if (descArray[3] != '') {
            tempArrayMinor = descArray[3].split('r');
        } else {
            tempArrayMinor = descArray[4].split('r');
        }
        versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
        lfVersion = parseFloat(versionMajor + '.' + versionMinor);
    }
} else {
    for (var i = 8; i < 20; i++)
    {
        try {
            var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' +
i);
            if (objFlash) {
                lfVersion = i;
            }
        } catch(e) {}
    }
}
function runLFOW() {
    try {
        if (lf_PresPlay == 1) {
            lf_createCookie(lf_ID, 'on', -1);
            showLFOW_Video();
        } else if (lf_PresPlay == 2) {
            if (lf_readCookie(lf_ID) == 'no') {
                lf_createCookie(lf_ID, 'on');
                showLFOW_Video();
            }
        } else if (lf_PresPlay == 3) {
            if (lf_readCookie(lf_ID) == 'no') {
                lf_createCookie(lf_ID, 'on', lf_PresPlayDays);
                showLFOW_Video();
            }
        }
    } catch(e) {
```

```
                showLFOW_Video();
        }
}
if (lfVersion >= 8) {
    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
                if (window.addEventListener) window.addEventListener('load',
runLFOW, false);
                else if (window.attachEvent) window.attachEvent('onload', runLFOW);
        } catch(e) {
                showLFOW_Video();
        }
    } else {
        showLFOW_Video();
    }
}
function showLFOW_Video()
{
    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
                var lfDiv = document.createElement('div');
                if (lfDiv === undefined) {
                    lf_Position = 'err';
                } else if (lfDiv == null) {
                    lf_Position = 'err';
                } else {
                    lfDiv.id = divID;
                    lfDiv.style.position = 'absolute';
                    lfDiv.style.zIndex = 9999;
                    if (lf_Position == 1) {
                        lfDiv.style.left = lf_OffSet_Left_Position;
                        lfDiv.style.top = lf_OffSet_Top_Position;
                    } else {
                        lfDiv.style.left = 0;
                        lfDiv.style.top = 0;
                    }
                    lfDiv.style.height = lf_SWF_File_Height;
                    lfDiv.style.width = lf_SWF_File_Width;
                    lfDiv.style.visibility = 'visible';
                }
        } catch(e) {
                lf_Position = 'err';
        }
    }
    compileLFOW()
    if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !==
'na')) {
        lfDiv.innerHTML = lfString;
        document.body.appendChild(lfDiv);
    } else if (lf_Position !== 2) {
        document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
    } else {
        document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
```

```
        lf_OffSet_Top_Position + 'px;height: '+ lf_SWF_File_Height +'px;width: '+
        lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
            }
        if ((lf_Position !== 1) && lf_Position !== 2) {
            switch (arrNavInfo[0]) {
                case 'ie':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                    window.setInterval('ScrollHnd()', 30);
                break;
                case 'gek':
                    if (window.onscroll === undefined) {
                        window.setInterval('ScrollHnd()', 30);
                    } else {
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                    }
                break;
                case 'opr':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                break;
                case 'kde':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                break;
                case 'wtv':
                    if (window.onscroll === undefined) {
                        window.setInterval('ScrollHnd()', 30);
                    } else {
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                    }
                break;
            }
            ScrollHnd();
        }
}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
```

```
                divScroll = divScroll.style;
        }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;

    }
    else if (objDoc.body && ( objDoc.body.clientWidth ||
objDoc.body.clientHeight ))
    {
        screenWd = objDoc.body.clientWidth;
        screenHt = objDoc.body.clientHeight;
    }
    if (window.innerHeight)
    {
        screenY = wnd.pageYOffset;
        screenX = wnd.pageXOffset;
    }
    else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
    {
        screenY = objDoc.body.scrollTop;
        screenX = objDoc.body.scrollLeft;
    }
    else    if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft
|| objDoc.documentElement.scrollTop ))
    {
        screenY = objDoc.documentElement.scrollTop;
        screenX = objDoc.documentElement.scrollLeft;
    }
    divLeft = divLeft + lf_divHorPos;
    divTop = divTop + lf_divVerPos;
    divLeft = divLeft + screenX;
    divTop = divTop + screenY;
    if (lf_Position_Dynamic == 6) {
        divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
    } else if (lf_Position_Dynamic == 7) {
        divLeft = divLeft + (screenWd - lf_SWF_File_Width);
        divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
    } else if (lf_Position_Dynamic == 8) {
        divLeft = divLeft +((screenWd / 2) - (lf_SWF_File_Width / 2));
        divTop = divTop + (screenHt - lf_SWF_File_Height);
    } else if (lf_Position_Dynamic == 9) {
        divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
    } else {
        if (lf_Position_Dynamic == 5)
        {
            divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
            divTop = divTop - ((screenHt / 2) - (lf_SWF_File_Height / 2));
```

```
            }
            if (( lf_Position_Dynamic % 2 ) == 0)
            {
                divLeft = divLeft + (screenWd - lf_SWF_File_Width);
            }
            if (( lf_Position_Dynamic < 3 ) == false)
            {
                divTop = divTop + (screenHt - lf_SWF_File_Height);
            }
        }
        divScroll.left = divLeft + 'px';
        divScroll.top = divTop + 'px';
    }
    function compileLFOW()
    {
        lfParamString = '?lfID=' + lf_ID
        lfParamString += '&cOMW=' + lf_cOMW
        if (lf_cOMURL == '') {
            lfParamString += '&cOMURL=http://www.livefaceonweb.com'
        } else {
            lfParamString += '&cOMURL=' + escape(lf_cOMURL)
        }
        lfParamString += '&cOMWP=' + lf_cOMWP
        lfParamString += '&tDLB=' + lf_tDLB
        lfParamString += '&tDLA=' + lf_tDLA
        lfParamString += '&fIE=' + lf_fIE
        lfParamString += '&fIET=' + lf_fIET
        lfParamString += '&fIEP=' + lf_fIEP
        lfParamString += '&fOE=' + lf_fOE
        lfParamString += '&fOET=' + lf_fOET
        lfParamString += '&pBBE=' + lf_pBBE
        lfParamString += '&pBBBOF=' + lf_pBBBOF
        lfParamString += '&pBAE=' + lf_pBAE
        lfParamString += '&pBAOF=' + lf_pBAOF
        lfParamString += '&rOTPE=' + lf_rOTPE
        if (lf_rOTPURL == '') {
            lfParamString += '&rOTPURL=none'
        } else {
            lfParamString += '&rOTPURL=' + escape(lf_rOTPURL)
        }
        lfParamString += '&sFRAME=' + lf_sFRAME
        if (lf_AffiliateID == '') {
            lfParamString += '&lfAffiliateID=none'
        } else {
            lfParamString += '&lfAffiliateID=' + lf_AffiliateID
        }
        if (document.location.href == '') {
            lfParamString += '&sURL_Site=none'
        } else {
            lfParamString += '&sURL_Site=' + escape(document.location.href);
        }
        lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' id='obj" +
lf_ID + "' align='middle'
codebase='https://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#v
ersion=8,0,24,0' >";
```

```
        lfString += "<param name='movie' value='" + lf_URL + 'lfow.swf' +
lfParamString + "' />";
        lfString += "<param name='quality' value='high' />";
        lfString += "<param name='wmode' value='transparent' />";
        lfString += "<param name='allowScriptAccess' value='always' />";
        lfString += "<param name='loop' value='false' />";
        lfString += "<embed src='" + lf_URL + 'lfow.swf' + lfParamString + "'
allowScriptAccess='always' quality='high' wmode='transparent' loop='false'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' name='obj"
+ lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='https://www.macromedia.com/go/getflashplayer' />";
        lfString += "</object>";
}
function lf_createCookie(strName, strValue, strDays)
{
    if (strDays) {
        var date = new Date();
        date.setTime(date.getTime() + (strDays * 24 * 60 * 60 * 1000));
        var expires = '; expires=' + date.toGMTString();
    } else var expires = '';
    document.cookie = strName + '=' + strValue + expires + '; path=/';
}
function lf_readCookie(strName) {
    var strNameplus = strName + '=';
    var arrCk = document.cookie.split(';');
    for (var i = 0; i < arrCk.length; i++) {
        var c = arrCk[i];
        while (c.charAt(0) == ' ') c = c.substring(1, c.length);
        if (c.indexOf(strNameplus) == 0) return c.substring(strNameplus.length,
c.length);
    }
    return 'no';
}
```

LC COPYRIGHT

0 025 139 365 5

# EXHIBIT “B”

```
<html>
<head>

<script type="text/javascript" src="/static/js/analytics.js"></script>
<script type="text/javascript">archive_analytics.values.server_name="wwwb-app16.us.archive.org";archive_analytics.values.server_ms=319;</script>
<link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>

<meta content="text/html; charset=windows-1252" http-equiv="Content-Type" />

<title>Modesto Dentist - James E. Jacobson, D.D.S. - Dr. James Jacobson - Home</title>

<META NAME="description" content="Dr. James Jacobson has been practicing dentistry in Modesto, CA 95355 and surrounding areas for years. Call our office at (209) 525-8440 to make an appointment today. ">
<META NAME="keywords" content="Modesto dentist, Modesto cosmetic dentist, Modesto general dentist, Modesto family dentist, Modesto dentistry, Modesto Opalescence, Modesto Velscope VX, Modesto Sedation  ">

<style type="text/css">
.auto-style1 {
 background-color: #2F3A4C;
}
.auto-style2 {
 text-align: center;
 background-image: url('images/intro_bg.jpg');
 background-repeat:repeat-x;
}
.auto-style9 {
 border-width: 0;
}
.auto-style3 {
 font-family: "Trebuchet MS", "Lucida Sans Unicode", "Lucida Grande", "Lucida Sans", Arial, sans-serif;
}
.auto-style4 {
 text-decoration: none;
}
.auto-style5 {
 color: #FFFFFF;
 font-size: 13pt;
}
.auto-style7 {
 font-size: 10pt;
}
.auto-style8 {
 color: #FFFFFF;
}
.auto-style10 {
 text-align: center;
}
.auto-style11 {
 font-family: "Trebuchet MS", "Lucida Sans Unicode", "Lucida Grande", "Lucida Sans", Arial, sans-serif;
 text-align: center;
}
.auto-style13 {
```

```
 color: #FFFFFF;
 text-align: right;
}
.auto-style14 {
 text-align: left;
 color: #FFFFFF;
}
.auto-style15 {
 color: #FFFFFF;
 font-size: 13pt;
 font-family: "Trebuchet MS", "Lucida Sans Unicode", "Lucida Grande", "Lucida Sans", Arial,
sans-serif;
}
.auto-style16 {
 margin-left: 643px;
}
.auto-style17 {
 margin-left: 635px;
}
.auto-style18 {
 margin-left: 599px;
}
.auto-style19 {
 margin-left: 639px;
}
.style1 {
 margin-left: 10px;
 margin-right: 10px;
}
.style2 {
 font-size: medium;
 color: #FFFFFF;
}
</style>
<!-- Place this tag in your head or just before your close body tag -->
<script type="text/javascript"
src="/web/20140209101555js_/https://apis.google.com/js/plusone.js"></script>

</head>

<body style="color: #2E364A; margin: 0; background-color: #463650">

<!-- BEGIN WAYBACK TOOLBAR INSERT -->
<script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
<script type="text/javascript" src="/static/js/graph-calc.js" ></script>
<script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
<script type="text/javascript">//<![CDATA[
var __wm = (function(){
var wbPrefix = "/web/";
var wbCurrentUrl = "http://www.drjacobsondds.com/";

var firstYear = 1996;
var imgWidth = 500,imgHeight = 27;
var yearImgWidth = 25,monthImgWidth = 2;
var displayDay = "9";
var displayMonth = "Feb";
var displayYear = "2014";
var prettyMonths =
["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
var $D=document,$=function(n){return document.getElementById(n)};
```

```
var trackerVal,curYear = -1,curMonth = -1;
var yearTracker,monthTracker;
function showTrackers(val) {
  if (val===trackerVal) return;
  var $ipp=$("wm-ipp");
  var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
  if (val) {
    $ipp.className="hi";
  } else {
    $ipp.className="";
    $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
  }
  yearTracker.style.display=val?"inline":"none";
  monthTracker.style.display=val?"inline":"none";
  trackerVal = val;
}
function getElementX2(obj) {
  var $e=jQuery(obj);
  return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
    getElementX(obj):Math.round($e.offset().left);
}
function trackMouseMove(event,element) {
  var eventX = getEventX(event);
  var elementX = getElementX2(element);
  var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
  var monthOff = xOff % yearImgWidth;

  var year = Math.floor(xOff / yearImgWidth);
  var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
  // 1 extra border pixel at the left edge of the year:
  var month = (year * 12) + monthOfYear;
  var day = monthOff % 2==1?15:1;
  var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
    zeroPad(day,2) + "000000";

  $("displayYearEl").innerHTML=year+firstYear;
  $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
  // looks too jarring when it changes..
  //$("displayDayEl").innerHTML=zeroPad(day,2);
  var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
  $("wm-graph-anchor").href=url;

  if(curYear != year) {
    var yrOff = year * yearImgWidth;
    yearTracker.style.left = yrOff + "px";
    curYear = year;
  }
  if(curMonth != month) {
    var mtOff = year + (month * monthImgWidth) + 1;
    monthTracker.style.left = mtOff + "px";
    curMonth = month;
  }
}
function hideToolbar() {
  $("wm-ipp").style.display="none";
}
function bootstrap() {
  var $spk=$("wm-ipp-sparkline");
  yearTracker=$D.createElement('div');
  yearTracker.className='yt';

```

```
  with(yearTracker.style){
    display='none';width=yearImgWidth+"px";height=imgHeight+"px";
  }
  monthTracker=$D.createElement('div');
  monthTracker.className='mt';
  with(monthTracker.style){
    display='none';width=monthImgWidth+"px";height=imgHeight+"px";
  }
  $spk.appendChild(yearTracker);
  $spk.appendChild(monthTracker);

  var $ipp=$("wm-ipp");
  $ipp&&disclaimElement($ipp);
}
return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
})();//]]>
</script>
<style type="text/css">
body {
  margin-top:0 !important;
  padding-top:0 !important;
  min-width:800px !important;
}
</style>
<div id="wm-ipp" lang="en" style="display:none;">

<div style="position:fixed;left:0;top:0;width:100%!important">
<div id="wm-ipp-inside">
   <table style="width:100%;"><tbody><tr>
   <td id="wm-logo">
       <a href="/web/" title="Wayback Machine home page"><img src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110" height="39" border="0" /></a>
   </td>
   <td class="c">
       <table style="margin:0 auto;"><tbody><tr>
       <td class="u" colspan="2">
       <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb" id="wmtb"><input type="text" name="url" id="wmtbURL" value="http://www.drjacobsondds.com/" style="width:400px;" onfocus="this.focus();this.select();" /><input type="hidden" name="type" value="replay" /><input type="hidden" name="date" value="20140209101555" /><input type="submit" value="Go" /><span id="wm_tb_options" style="display:block;"></span></form>
       </td>
       <td class="n" rowspan="2">
           <table><tbody>
           <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
           <tr class="m">
                <td class="b" nowrap="nowrap">

                    <a href="/web/20140102085337/http://drjacobsondds.com/" title="2 Jan 2014">JAN</a>

                </td>
                <td class="c" id="displayMonthEl" title="You are here: 10:15:55 Feb 9, 2014">FEB</td>
                <td class="f" nowrap="nowrap">

                    <a href="/web/20140517041324/http://drjacobsondds.com/" title="17 May 2014"><strong>MAY</strong></a>

```

```
                 </td>
             </tr>
            <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
            <tr class="d">
                <td class="b" nowrap="nowrap">

                    <a href="/web/20140124094107/http://www.drjacobsondds.com/"
title="9:41:07 Jan 24, 2014"><img src="/static/images/toolbar/wm_tb_prv_on.png"
alt="Previous capture" width="14" height="16" border="0" /></a>

                </td>
                <td class="c" id="displayDayEl" style="width:34px;font-size:24px;"
title="You are here: 10:15:55 Feb 9, 2014">9</td>
                <td class="f" nowrap="nowrap">

                    <a href="/web/20140517041324/http://drjacobsondds.com/" title="4:13:24
May 17, 2014"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next capture"
width="14" height="16" border="0" /></a>

                </td>
            </tr>
            <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
            <tr class="y">
                <td class="b" nowrap="nowrap">

                    <a href="/web/20121127004340/http://www.drjacobsondds.com/" title="27
Nov 2012"><strong>2012</strong></a>

                </td>
                <td class="c" id="displayYearEl" title="You are here: 10:15:55 Feb 9,
2014">2014</td>
                <td class="f" nowrap="nowrap">

                    2015

                </td>
            </tr>
            </tbody></table>
        </td>
        </tr>
        <tr>
        <td class="s">
            <a class="t" href="/web/20140209101555*/http://www.drjacobsondds.com/"
title="See a list of every capture for this URL">16 captures</a>
            <div class="r" title="Timespan for captures of this URL">15 May 12 - 19 Dec
14</div>
        </td>
        <td class="k">
        <a href="" id="wm-graph-anchor">
        <div id="wm-ipp-sparkline" title="Explore captures for this URL">
          <img id="sparklineImgId" alt="sparklines"
                 onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
                 onmousemove="__wm.mv(event,this)"
                 width="500"
                 height="27"
                 border="0"
                 src="/web/jsp/graph.jsp?
graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000
000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000000000_2003:-1:0000000000
```

```
00_2004:-1:000000000000_2005:-1:000000000000_2006:-1:000000000000_2007:-1:000000000000_2008:-1:000000000000_2009:-1:000000000000_2010:-1:000000000000_2011:-1:000000000000_2012:-1:000011001010_2013:-1:010010101020_2014:1:210010000002_2015:-1:000000000000" />
        </div>
        </a>
        </td>
        </tr></tbody></table>
    </td>
    <td class="r">
        <a href="#close" onclick="__wm.h();return false;" style="background-image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the toolbar">Close</a>
        <a href="http://faq.web.archive.org/" style="background-image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using the Wayback Machine">Help</a>
    </td>
    </tr></tbody></table>
</div>
</div>
</div>
<script type="text/javascript">__wm.bt();</script>
<!-- END WAYBACK TOOLBAR INSERT -->
<script type="text/javascript">

  if (navigator.userAgent.match(/iPod/i)) {
 location.href='/web/20140209101555/http://drjacobsondds.com/mobile';
 }

 if (navigator.userAgent.match(/iPhone/i)) {
 location.href='/web/20140209101555/http://drjacobsondds.com/mobile';
 }

 if (navigator.userAgent.match(/Android/i)) {
 location.href='/web/20140209101555/http://drjacobsondds.com/mobile';
 }

 if (navigator.userAgent.match(/webOS/i)) {
 location.href='/web/20140209101555/http://drjacobsondds.com/mobile';
 }

</script>
<TABLE style="WIDTH: 100%; HEIGHT: 580px" class=auto-style1 cellSpacing=0 cellPadding=0>
<TBODY>
<TR>
<TD class=auto-style2>
<P><BR>    <IMG style="WIDTH: 477px" class=style1 src="images/intro_name.gif" height=132><BR><BR><MAP id=ImgMap0 name=ImgMap0><AREA href="home.htm" shape=rect coords="65, 7, 409, 108"><AREA href="doctors.htm" shape=rect alt="" coords="4, 130, 336, 238"><AREA href="office.htm" shape=rect alt="" coords="62, 249, 419, 359"><AREA href="promotions.htm" shape=rect coords="449, 251, 810, 355"><AREA href="z_education.htm" shape=rect alt="" coords="532, 130, 842, 244"><AREA href="contact_us.htm" shape=rect coords="449, 5, 806, 111"></MAP><IMG class=auto-style9 src="images/inrto.jpg" useMap=#ImgMap0></P>
<H1 class=auto-style11><A class=auto-style4 href="home.htm"><SPAN class=style2>Enter Site</SPAN></A></H1>
<P class=auto-style10><FONT class=auto-style7 size=3><SPAN class=auto-style3><SPAN class=auto-style8><STRONG><A class=auto-style8 href="/web/20140209101555/http://www.drjacobsondds.com/">Modesto Dentist</A> <A class=auto-style8 href="contact_us.htm">  2020 Coffee Road, Suite F-3, Modesto,
```

```
California 95355</STRONG>    <STRONG>ph.  (209) 525-8440</STRONG></SPAN>
</SPAN><STRONG></SPAN></STRONG></FONT><STRONG></SPAN></STRONG></A></P></TD></TR></TBODY>
</TABLE><script id='my_vsp'
src='/web/20140209101555js_/http://www.drjacobsondds.com/walk_on/jacobson.js?
swf=http://www.drjacobsondds.com/walk_on/jacobson.swf&amp;flv=http://www.drjacobsondds.com/
walk_on/jacobson.flv&amp;start=normal&amp;close=close&amp;play_when=1&amp;align_right=true&
amp;show_loading=no&amp;width=480&amp;height=360&amp;vlm=80&amp;x_off=170'></script>
</body>

</html>

<!--
     FILE ARCHIVED ON 10:15:55 Feb 9, 2014 AND RETRIEVED FROM THE
     INTERNET ARCHIVE ON 22:28:49 Apr 16, 2015.
     JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

     ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
     SECTION 108(a)(3)).
-->
```

# EXHIBIT “C”

```
/*
      FILE ARCHIVED ON 14:03:07 Dec 21, 2013 AND RETRIEVED FROM THE
      INTERNET ARCHIVE ON 22:20:35 Apr 16, 2015.
      JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

      ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
      SECTION 108(a)(3)).
*/
function parseGetVars(url) {
        var map = {};
        var parts = url.replace(/[?&]+([^=&]+)=([^&]*)/gi, function(m,key,value) {
        map[key] = value;
        });
        return map;
}
var getVars = parseGetVars(document.getElementById('my_vsp').src);

var my_swf = getVars['swf'];
var vsp_flv = getVars['flv'];
var vsp_flv2 = getVars['flv2'];

var x_off = getVars['x_off'];


        var ma_a = getVars['width'] / 480;
        var ma_b = 200 * ma_a;
        var w = Math.round(ma_b);

        var ma_c = w / 200;
        var ma_d = 150 * ma_c;
        var h = Math.round(ma_d);
//var w = 200;
//var h = 150;

/* Playback Parameters */
if(getVars['start'] == 'mini')
{
        var shrink_on_start = 'yes';
}
else
{
        var shrink_on_start = 'no';
}

if(getVars['close'] == 'shrink')
{
        var shrink_on_end = 'yes';
        var shrink_on_stop = 'yes';
        var close_on_end = 'no';
        var close_on_stop = 'no';
}
else
{
        var shrink_on_end = 'no';
        var shrink_on_stop = 'no';
```

```
        var close_on_end = 'yes';
        var close_on_stop = 'yes';
}

if(getVars['show_loading'] == '')
{
        var show_loading = 'yes';
}
else
{
        var show_loading = getVars['show_loading'];
}


if(getVars['vlm'] == '')
{
        var vlm = 80;
}
else
{
        var vlm = getVars['vlm'];
}

var vlm = getVars['vlm'];

/*
        Switch Mode:
        1: Sequential
        2: Random
*/
var switchMode = 2;

/* Date Range:
        If set to false, the optional date range parameter is ignored
        If set to true .. the swf is only displayed if it falls on that reange.
*/
var useDateRange = false;

/*
        Properties are specified as follows:
        'url,width,height,lf_Position, lf_Position_Dynamic, lf_OffSet_Top_Position,
lf_OffSet_Left_Position,right_align,play_when,start_date,end_date,small_width, small_height'
        play_when: 1=any, 2=first visit only, 3=subsequent visits
        date format: {m/d/y H:M} e.g. {9/1/09 13:15} or just the time {9:30}. if blank, just
use {}
*/
var arr_GLOBAL_SOURCE = new Array
(
        my_swf+','+getVars['width']+','+getVars['height']+',3,3,0,0,'+getVars['align_right']+'
,'+getVars['play_when']+',{},{},'+w+','+h

);
/* End Properties */




/*
YHeads-Player playerbase .JS file.
Version 1.5.0.0
Last Modified: 11/29/2009
```

```
    */


/* BEGIN --- cookie functions */

var firstVisit = true;

function getCookie(c_name) {
        if (document.cookie.length>0) {
                c_start=document.cookie.indexOf(c_name + "=");
                if (c_start!=-1) {
                        firstVisit = false;
                        c_start=c_start + c_name.length+1;
                        c_end=document.cookie.indexOf(";",c_start);
                        if (c_end==-1)
                                c_end=document.cookie.length;
                        return unescape(document.cookie.substring(c_start,c_end));
                }
        }
        return "";
}

function setCookie(c_name,value,expiredays) {
        var exdate=new Date();
        exdate.setDate(exdate.getDate()+expiredays);
        document.cookie=c_name+ "=" +escape(value)+((expiredays==null) ? "" :
";expires="+exdate.toGMTString());
}

var cookieName = "swfID";
var cookieVal = getCookie(cookieName);
var swfIndex = 0;

/* END --- cookie functions */


/* START --- Date Check functions */
function validRange(s, e) {
        if ( !s && !e ) {
                return false;
        }
        var v = false;
        if ( s ) {
                v = validDate(s,true)
        }
        if ( e ) {
                var v_e = validDate(e,false)
                if ( v ) {
                        v = v_e;
                }
        }
        return v;
}

function validDate(dt,s) { //yy,mm,dd,hh,mm,ss

        if (!dt)
                return false;

        var today = new Date();
```

```
        dt = dt.replace('{', '');
        dt = dt.replace('}', '');
        var y = 0;
        var m = 0;
        var d = 0;
        var hh = 0;
        var mm = 0;


        var arr_dt = dt.split(' ');
        if ( arr_dt[0].split('/')[2]) {
                y = arr_dt[0].split('/')[2];
                m = arr_dt[0].split('/')[0] - 1;
                d = arr_dt[0].split('/')[1];
                if (arr_dt[1]) {
                        hh = arr_dt[1].split(':')[0];
                        mm = arr_dt[1].split(':')[1];
                }
                var v_dt = new Date(y, m, d, hh, mm ,0);
        }
        else if (arr_dt[0].split(':')[1]) { // only time is specified
                y = today.getFullYear();
                m = today.getMonth();
                d = today.getDate();
                hh = arr_dt[0].split(':')[0];
                mm = arr_dt[0].split(':')[1];
                var v_dt = new Date(y, m, d, hh, mm ,0);
        }

        var days = 0;
        var difference = 0;


        var v_dt = new Date(y, m, d, hh, mm ,0);
        //alert(v_dt.toString());
        difference = v_dt - today;

        days = Math.round(difference/(1000*60*60*24));

        //alert(dt + ' - ' + difference);
        //y + ', ' + m + ', ' + d + ', ' + hh + ', ' + mm + ', 0');
        //alert(v_dt + ' - ' + today + ' - ' + dt + ' - ' + days);

        if (difference < 0 && s) {
                return true;
        }
        else if(difference > 0 && !s) {
                return true;

        }
        return false;
}

/* END ------ Date Check functions */

var arr_GLOBAL = new Array();

if (useDateRange) {
        for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                if ( validRange(arr_prop[9], arr_prop[10]) ) {
                        arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
```

```
                    }
            }

            // if no dates are valid... just pick up the swfs with no date
            if (arr_GLOBAL.length == 0) {
                    for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                            var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                            if ( !arr_prop[9] && !arr_prop[10] ) {
                                    arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                            }
                    }
            }
    }

    // at this point, arr_GLOBAL should have valid swfs by date
    // narrow down the source to just the filtered videos
    if (arr_GLOBAL.length > 0) {
            arr_GLOBAL_SOURCE = arr_GLOBAL;
            arr_GLOBAL = new Array();
    }

    // now filter by visit
    for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
            var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
            if ( firstVisit && (arr_prop[8] == 1 || arr_prop[8] == 2) ) {
                    arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
            }
            else if ( firstVisit == false && (arr_prop[8] == 1 || arr_prop[8] == 3) ) {
                    arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
            }
    }

    // if no movies quality, then ignore previous filter
    /*
    if (arr_GLOBAL.length > 0) {
            arr_GLOBAL = arr_GLOBAL_SOURCE;
    }
    */

    if ( cookieVal.length > 0 ) {

            if (switchMode == 1) {
                    swfIndex = Math.round(cookieVal) + 1;
                    if (swfIndex >= arr_GLOBAL.length) {
                            swfIndex = 0;
                    }
            }
            else {
                    swfIndex = Math.floor(Math.random()*(arr_GLOBAL.length))
            }
    }

    //alert('cookieVal: ' + cookieVal + '\nswitchMode: ' + switchMode + '\narr_GLOBAL: ' +
    arr_GLOBAL + '\nswfIndex: ' + swfIndex);

    setCookie(cookieName, swfIndex, 7);

    if(cookieVal.length > 0 && getVars['play_when'] == 2) { }
    else {
            var arr_SwfInfo = arr_GLOBAL[swfIndex].split(',');
```

```
        var lf_URL = arr_SwfInfo[0];
        var GLOBAL_WIDTH = arr_SwfInfo[1];
        var GLOBAL_HEIGHT = arr_SwfInfo[2];
        var lf_Position = arr_SwfInfo[3];
        var lf_Position_Dynamic = arr_SwfInfo[4];
        var lf_OffSet_Top_Position = arr_SwfInfo[5];
        var lf_OffSet_Left_Position = arr_SwfInfo[6];
        var rt_Align = arr_SwfInfo[7];
        var sm_GLOBAL_WIDTH = arr_SwfInfo[11];
        var sm_GLOBAL_HEIGHT = arr_SwfInfo[12];
        var lf_ID = '01010';
        var lfVersion = -1;
        var arrNavInfo = [];
        var lfString;
        var viewState = 1;



if ( shrink_on_start == undefined ) {
        shrink_on_start = "yes";
}
if ( shrink_on_stop == undefined ) {
        shrink_on_stop = "yes";
}
if ( close_on_stop == undefined ) {
        close_on_stop = "no";
}
if ( shrink_on_end == undefined ) {
        shrink_on_end = "yes";
}
if ( close_on_end == undefined ) {
        close_on_end = "no";
}
if ( show_loading == undefined ) {
        show_loading = "yes";
}

var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
} else {
    arrNavInfo[0] = 'na';
    arrNavInfo[1] = 'an unknown browser';
}
```

```
    if (navigator.plugins != null && navigator.plugins.length > 0)
    {
        if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave Flash']) {
            var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
            var lfDescription = navigator.plugins['Shockwave Flash' + swVer2].description;
            var descArray = [];
            var tempArrayMajor = [];
            var versionMajor = [];
            var tempArrayMinor = [];
            var versionMinor;
            descArray = lfDescription.split(' ');
            tempArrayMajor = descArray[2].split('.');
            versionMajor = tempArrayMajor[0];
            if (descArray[3] != '') {
                tempArrayMinor = descArray[3].split('r');
            } else {
                tempArrayMinor = descArray[4].split('r');
            }
            versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
            lfVersion = parseFloat(versionMajor + '.' + versionMinor);
        }
    } else {
        for (var i = 8; i < 20; i++)
        {
            try {
                var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' + i);
                if (objFlash) {
                    lfVersion = i;
                }
            } catch(e) {}
        }
    }


function initVideo() {
    showLFOW_Video();
}


    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            if (window.addEventListener) window.addEventListener('load', initVideo, false);
            else if (window.attachEvent) window.attachEvent('onload', initVideo);
        } catch(e) {
            showLFOW_Video();
        }
    } else {
        showLFOW_Video();
    }


function showLFOW_Video()
{
    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            var lfDiv = document.createElement('div');
            if (lfDiv === undefined) {
                lf_Position = 'err';
            } else if (lfDiv == null) {
                lf_Position = 'err';
            } else {
                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat") { //this line added by corey 02/23/2010
                                    lfDiv.id = divID;
```

```
                lfDiv.style.position = 'absolute';
                lfDiv.style.zIndex = 9999;
                lfDiv.style.left = 0;
                lfDiv.style.top = 0;
                lfDiv.style.height = GLOBAL_HEIGHT;
                lfDiv.style.width = GLOBAL_WIDTH;
                lfDiv.style.visibility = 'visible';
                                //lfDiv.style.overflow = 'hidden';
                //lfDiv.style.overflow = 'hidden';
                                }/////////This area added by corey 02/23/2010
                                else { ///////////////////////////////
                                lfDiv.id = divID; ///////////////////
                                lfDiv.style.position = 'fixed'; //////
                                lfDiv.style.zIndex = 9999; ///////////
                                lfDiv.style.left = 0; ///////////////
                                lfDiv.style.bottom = 0; /////////////
                                lfDiv.style.height = GLOBAL_HEIGHT; //
                                lfDiv.style.width = GLOBAL_WIDTH; ////
                                lfDiv.style.visibility = 'visible'; //
                                //lfDiv.style.overflow = 'hidden';
                                //lfDiv.style.overflow = 'hidden'; /////
                                }///////////////////////////////////
            }
        } catch(e) {
            lf_Position = 'err';
        }
    }
    makeScript()
    if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !== 'na')) {
        lfDiv.innerHTML = lfString;
        document.body.appendChild(lfDiv);
    } else if (lf_Position !== 2) {
        if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
"BackCompat")
                {
                        document.write( '<div id="' + divID +'" style="overflow:hidden;
position: absolute;z-index: 999;left: 0px;top: 0px;height: '+ GLOBAL_HEIGHT +'px;width: '+
GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                }
                else
                {
                        document.write( '<div id="' + divID +'" style="overflow:hidden;
bottom:0px left:0px; z-index: 999; top:0px; height: '+ GLOBAL_HEIGHT +'px;width: '+
GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                }

    }
        else {

                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat")
                {
                        document.write( '<div id="' + divID +'" style="overflow:hidden;
position: relative;z-index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
lf_OffSet_Top_Position + 'px;height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+
lfString +'</div>' );
                }
                else
                {
                        document.write( '<div id="' + divID +'" style="overflow:hidden;
bottom:0px z-index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
```

```
lf_OffSet_Top_Position + 'px; height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+
lfString +'</div>' );
                        }
        }

        switch (arrNavInfo[0]) {
            case 'ie':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                }
                                    window.onresize = moveVid;
                            //window.onscroll = ScrollHnd;
                //window.onresize = ScrollHnd;
                //window.setInterval('ScrollHnd()', 30);
            break;
            case 'gek':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                }
                                    window.onresize = moveVid;
            break;
            case 'opr':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'kde':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'wtv':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
        }
        ScrollHnd();

}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
```

```
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
            divScroll = divScroll.style;
        }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;


    }
    else if (objDoc.body && ( objDoc.body.clientWidth || objDoc.body.clientHeight ))
    {
        screenWd = objDoc.body.clientWidth;
        screenHt = objDoc.body.clientHeight;
    }
    if (window.innerHeight)
    {
        screenY = wnd.pageYOffset;
        screenX = wnd.pageXOffset;
    }
    else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
    {
        screenY = objDoc.body.scrollTop;
        screenX = objDoc.body.scrollLeft;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft ||
objDoc.documentElement.scrollTop ))
    {
        screenY = objDoc.documentElement.scrollTop;
        screenX = objDoc.documentElement.scrollLeft;
    }
    divLeft = divLeft;
            if (rt_Align == 'true') /*** added 9/22/09 ***/
                    divLeft += screenX;
    divTop = divTop + screenY;
    divLeft = divLeft;
            if (rt_Align == 'true'){  /*** added 9/22/09 : Modified 11/30/09 ***/
                    if (viewState == 1) {
                            divLeft += (screenWd - GLOBAL_WIDTH);
                    }
                    else {
                            divLeft += (screenWd - sm_GLOBAL_WIDTH - 30);
                    }
            }
            if (viewState == 1) {
        divTop = divTop + (screenHt - GLOBAL_HEIGHT);
            }
            else {
        divTop = divTop + (screenHt - GLOBAL_HEIGHT) + (GLOBAL_HEIGHT - sm_GLOBAL_HEIGHT);
            }
    divScroll.left = divLeft + 'px';
        if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
"BackCompat")
        {
```

```
        divScroll.top = divTop + 'px';
            }
}
function makeScript()
{
        lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000' width='" +
GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' id='obj" + lf_ID + "' align='middle'
codebase='/web/20131221140307/https://download.macromedia.com/pub/shockwave/cabs/flash/swflash
.cab#version=8,0,24,0' >";
        lfString += "<param name='movie' value='" + lf_URL + "' />";
        lfString += "<param name='quality' value='high' />";
        lfString += "<param name='wmode' value='transparent' />";
        lfString += "<param name='flashvars'
value='cc="+getVars['cc']+"&x_off="+x_off+"&vlm="+vlm+"&flv_loc="+vsp_flv+"&shrink_on_start="
+ shrink_on_start + "&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop +
"&shrink_on_end=" + shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" +
show_loading + "' />";
        lfString += "<param name='allowScriptAccess' value='always' />";
        lfString += "<param name='loop' value='false' />";
        lfString += "<embed src='" + lf_URL +"' allowScriptAccess='always' quality='high'
wmode='transparent'
flashvars='cc="+getVars['cc']+"&x_off="+x_off+"&vlm="+vlm+"&flv_loc="+vsp_flv+"&w=" +
sm_GLOBAL_WIDTH + "&h=" + sm_GLOBAL_HEIGHT + "&shrink_on_start=" + shrink_on_start +
"&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop + "&shrink_on_end=" +
shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" + show_loading +
"&awidth='" + GLOBAL_WIDTH + "&aheight='" + GLOBAL_HEIGHT + "' loop='false' width='" +
GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' name='obj" + lf_ID + "' align='middle'
type='application/x-shockwave-flash'
pluginspage='/web/20131221140307/https://www.macromedia.com/go/getflashplayer' />";
        lfString += "</object>";
}

function yh_hide() {
        ScrollHnd();
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.display = 'none';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.display = 'none';
                }
                else { // IE 4
                        document.all.divID.style.display = 'none';
                }
        }
        ScrollHnd();
}

function yh_grow() {
        ScrollHnd();
        viewState = 1;
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.width = GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = GLOBAL_HEIGHT + 'px';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.width = GLOBAL_WIDTH + 'px';
                        document.divID.height = GLOBAL_HEIGHT + 'px';
                }
                else { // IE 4
```

```
                        document.all.divID.style.width = GLOBAL_WIDTH + 'px';
                        document.all.divID.style.height = GLOBAL_HEIGHT + 'px';
                }
        }
        ScrollHnd();
}

function yh_shrink() {
        ScrollHnd();
        viewState = 2;
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.width = sm_GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = sm_GLOBAL_HEIGHT + 'px';
                //document.getElementById(divID).style.overflow = 'hidden';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.width = sm_GLOBAL_WIDTH + 'px';
                        document.divID.height = sm_GLOBAL_HEIGHT + 'px';
                }
                else { // IE 4
                        document.all.divID.style.width = sm_GLOBAL_WIDTH + 'px';
                        document.all.divID.style.height = sm_GLOBAL_HEIGHT + 'px';
                }
        }
        ScrollHnd();
}



function moveVid() {
        document.getElementById(divID).offsetLeft = lf_OffSet_Left_Position - GLOBAL_WIDTH;
        document.getElementById(divID).offsetTop = lf_OffSet_Top_Position - GLOBAL_HEIGHT;
}

}
```